IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CORLISS WILLIAMS**                                                                    **PLAINTIFF**

v.                                    Case No. 4:11-cv-866-KGB

**ARKANSAS CHILDREN'S HOSPITAL**                                    **DEFENDANT**

## ORDER OF DISMISSAL

Plaintiff Corliss Williams moves the Court to dismiss this action with prejudice, each party to bear its own fees and costs. For good cause shown, the Court finds that this case should be dismissed with prejudice and that each party should bear its own fees and costs.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant are hereby dismissed with prejudice. Each party shall bear its own fees and costs.

SO ORDERED this the 9th day of January, 2013.

_____
Kristine G. Baker
United States District Judge